UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN KNOWLES,<br><br>                        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | No. 18-CV-1950 (KMK) |
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>STEVEN KNOWLES,<br><br>                       Defendant. | No. 11-CR-630 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

On December 20, 2022, the Court issued an Order denying Petitioner's Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e).  (*See* Dkt. No. 1609.) Petitioner now seeks to appeal that denial to the Second Circuit.  (*See* Dkt. Nos. 1620, 1621.)

As Petitioner did not make a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, *see* 28 U.S.C. § 2253(c)(2); *Lucidore v. N.Y. State Div. of Patrol*, 209 F.3d 107, 111–12 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from its judgment on the merits would not be taken in good faith, *see Coppedge v. United States*, 369 U.S. 438, 445 (1962) ("We consider a [petitioner's] good faith . . . demonstrated when he seeks appellate review of any issue not frivolous."); *Burda Media Inc. v. Blumenberg*, 731 F. Supp. 2d 321, 322–23 (S.D.N.Y. 2010)

(citing *Coppedge* and noting that an appeal may not be taken in forma pauperis if the court certifies in writing that it was not taken in good faith).

SO ORDERED.

Dated:   December 30, 2022
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge